

**RECEIVED**

2010 APR 12  P 3: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Kevin H. Sullivan, Wholesale Woodfloor Warehouse, a Nevada corporation

Plaintiff,

v.

Lumber Liquidators, Inc. a Delaware corporation

Defendant.

CASE NO. 3:10-cv-01447-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Patrick R. Hanes, whose business address and telephone number is Williams Mullen, 1021 E. Cary Street, Richmond, Virginia phone: 804-783-6455 e-mail address: phanes@williamsmullen.com

and who is an active member in good standing of the bar of The Commonwealth of Virginia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Lumber Liquidators, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 15, 2010

Maxine M. Chesney
United States District Judge