IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SULLIVAN, an individual and WHOLESALE WOODFLOOR WAREHOUSE, a Nevada corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>LUMBER LIQUIDATORS, INC. a Delaware corporation,<br><br>    Defendant. | No. C-10-1447 MMC<br><br>**ORDER VACATING MAY 28, 2010 HEARING** |

    Before the Court is defendant Lumber Liquidators, Inc. ("Lumber Liquidators"), Motion to Dismiss Or, In The Alternative, To Stay Pending Arbitration, filed April 22, 2010. Plaintiffs Kevin Sullivan ("Sullivan") and Wholesale Woodfloor Warehouse have filed opposition, to which Lumber Liquidators has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' written submissions, and hereby VACATES the hearing scheduled for May 28, 2010.

    **IT IS SO ORDERED.**

Dated: May 25, 2010

MAXINE M. CHESNEY
United States District Judge